NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAPHAEL E. CALIX,<br><br>                  Plaintiff,<br><br>     v.<br><br>C.A. TERHUNE, et al.,<br><br>                  Defendants. | Case Number C 99-20736 JF<br><br>ORDER[1] REFERRING MOTION TO ENFORCE SETTLEMENT TO JUDGE SPERO FOR DISPOSITION<br><br>[re: docket no. 163] |

      On June 22, 2006, Plaintiff Raphael E. Calix filed a letter addressed to Jennifer Nygaard of the California State Attorney General's Office, requesting resolution of an issue that has arisen with respect to the settlement agreement in the instant action, and a letter addressed to Magistrate Judge Joseph C. Spero, of this district, requesting enforcement of the settlement agreement. This Court construes Plaintiff's letter to Judge Spero as a motion to enforce the settlement agreement. Pursuant to the Joint Stipulation of Dismissal of Complaint with Prejudice and Order Thereon, filed on February 1, 2006, Magistrate Judge Spero "has agreed to retain jurisdiction over enforcement of the settlement in this case, pursuant to the settlement agreement." Accordingly,

---

    [1] This disposition is not designated for publication and may not be cited.

Case No. C 99-20736 JF
ORDER REFERRING MOTION TO ENFORCE SETTLEMENT TO JUDGE SPERO FOR DISPOSITION
(JFLC1)

1 | this Court refers Plaintiff's motion to enforce the settlement agreement to Magistrate Judge
2 | Spero for disposition.

4 | DATED: July 5, 2006

*/s/ Jeremy Fogel/*
JEREMY FOGEL
United States District Judge

1 | This Order has been served upon the following persons:

2 | Bonnie J. Chen     bonnie.chen@doj.ca.gov, aida.albano@doj.ca.gov

3 | Jana G. Gold     jgold@mofo.com, fsagapolu@mofo.com

4 | Anna Gorodetsky     agorodetsky@mofo.com, cfix@mofo.com

5 | Frances T. Grunder     frances.grunder@doj.ca.gov, chere.deuel@doj.ca.gov, docketingSFCLS@doj.ca.gov

6 | Kenneth A. Kuwayti     KKuwayti@mofo.com, BGomez@mofo.com

7 | Jennifer J. Nygaard     Jennifer.Nygaard@doj.ca.gov, aida.albano@doj.ca.gov, DocketingSFCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov

9 | Sara Turner     sara.turner@doj.ca.gov

Robert R. Anderson
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA 94102-7004

Raphael E. Calix
D11492
San Quentin Prison
3-N-21
San Quentin, CA 94974

Michael Nichols
Morrison & Foerster
755 Page Mill Rd
Palo Alto, CA 94304-1018