**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Raphael E. CALIX,                              No. C-99-20736 JF

        Plaintiff(s),          **ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT [Docket No. 163]**

    v.

C.A. TERHUNE, ET AL.,

        Defendant(s).
_____/

On June 22, 2006, Plaintiff Raphael Calix filed a letter that the Court has construed as a motion for enforcement of the settlement agreement in this action ("the Motion"). Pursuant to the stipulation of the parties in the settlement agreement, the Motion has been referred to the undersigned for disposition. The Court sets the following briefing schedule on the Motion: Defendants shall file an Opposition to the Motion no later than **Friday, September 1, 2005.** Plaintiff may file a responsive brief no later than **Friday, September 21, 2005.** If the Court determines, after the Motion has been fully briefed, that oral argument on the Motion is necessary, a hearing will be set at that time.

IT IS SO ORDERED.

Dated: July 19, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge